UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE LAVERNE,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW M. SAUL,<br><br>    Defendant. | Case No.  20-cv-07919-RS<br><br>**JUDGMENT** |

Pursuant to the order filed this date resolving the parties' cross-motions for summary judgment, judgment is hereby entered in favor of defendant and against plaintiff.

**IT IS SO ORDERED**.

Dated: February 10, 2023

_____
RICHARD SEEBORG
Chief United States District Judge